UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>1. BARRY PLUNKETT and )<br>2. NANCY PLUNKETT )<br>    Defendants. )<br>) | Cr. No. 20-10140-MLW |

## MOTION OF THE DEFENDANTS
## FOR RULE 11 HEARINGS

For reasons to be articulated in a separate filing, Barry Plunkett and Nancy Plunkett respectfully request that the Court schedule their respective Rule 11 hearings for December 7, 2021, the previously scheduled first day of trial.

Respectfully submitted,

BARRY PLUNKETT

By his attorney

/s/ Peter K. Levitt
Peter K. Levitt (BBO# 565761)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
(617) 720-2880
pkl@dcglaw.com

*[Handwritten annotation:]* Although it will not be on December 7, 2021, the court will conduct Rule 11 hearings rather than a trial. The deadlines for pretrial events are VACATED. All time until the Rule 11 hearings is EXCLUDED for STA purposes. ~~The parties shall~~ W.U. DJ. 10/8/21