UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                           )<br>)<br>BARRY PLUNKETT, JR., and )<br>NANCY PLUNKETT,           )<br>     Defendants. | Cr. No. 20-10140-MLW |

ORDER

WOLF, D.J.                                          January 13, 2022

For the reasons discussed at the hearing on January 13, 2022, it is hereby ORDERED that:

1. Defendants shall confer with counsel and, by January 19, 2022, report concerning whether they consent to having their Rule 11 hearings conducted by videoconference. If defendants do consent, their Rule 11 hearings will be conducted on January 21, 2022, at 10:00 a.m., by videoconference. If defendants do not consent, their Rule 11 hearings will be conducted on February 7, 2022 at 2:00 p.m., in the courtroom.

2. As agreed by the parties, the time from January 13, 2022 until the date of the Rule 11 hearings, whenever they occur, including if they occur after February 7, 2022, is EXCLUDED for Speedy Trial Act purposes in the interest of justice. See 18 U.S.C. §3161(h)(7)(A); see also October 8, 2021 Order (Dkt. No. 51).

3. The parties shall order the transcript of the January 13, 2022 hearing.

_____
UNITED STATES DISTRICT JUDGE